**Original filed 8/2/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MORRIS RODGERS, | ) | No. C 04-0853 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | PLAINTIFF'S MOTION |
| v. | ) | FOR VOLUNTARY |
| | ) | DISMISSAL; DIRECTING |
| A.A. LAMARQUE, | ) | CLERK TO REFUND |
| | ) | FILING FEE; NO FURTHER |
| Defendants, et al., | ) | FILING FEE DUE |
| | ) | |
| | ) | (Docket No. 11) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Salinas Valley State Prison officials. Thereafter, Plaintiff filed two amended complaints in this action. On June 16, 2006, Plaintiff filed an ex parte motion for case termination and partial refund of filing fee. In his motion, Plaintiff states that he is no longer incarcerated at Salinas Valley State Prison, and therefore his requested injunctive relief is now moot. The Court construes Plaintiff's motion as a motion for voluntary dismissal and refund of his filing fee, as Plaintiff paid the $150.00 filing fee in full.

\\\

\\\

Order Granting Plaintiff's Motion for Voluntary Dismissal; Directing Clerk to Refund Filing Fee; No Further Filing Fee Due
P:\pro-se\sj.jf\cr.04\Rodgers853dis           1

1  Plaintiff's motion to voluntary dismiss the instant action (docket no. 11) is
2 GRANTED.  The Clerk is directed to refund Plaintiff's filing fee payment of $150.00, as
3 Plaintiff's amended complaints were never served on the Defendants in this matter, and to
4 forward a copy of the refund statement to the Clerk for docketing along with a copy of
5 this order.  The Clerk shall terminate all pending motions and close the file.  No further
6 filing fee is due in this closed action.
7  IT IS SO ORDERED.
8 DATED:  8/2/06              /S/electronic signature authorized
                              JEREMY FOGEL
9                             United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Morris Rodgers
   C-71298
4  Kern Valley State Prison
   P.O. Box 5101 (A4-210)
5  Delano, CA  93216-5101

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Plaintiff's Motion for Voluntary Dismissal; Directing Clerk to Refund Filing Fee; No Further Filing Fee Due
P:\pro-se\sj.rmw\cr.04\Rodgers853dis            3